**SO ORDERED: November 09, 2011.**



_____
Anthony J. Metz III
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CHRISTOPHER PAUL WHITE, ) | |
| ) | CASE NO.  09-10289-AJM-7 |
| Debtor. ) | |
| _____) | |
| THE NATIONAL BANK OF INDIANAPOLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary No.  09-50511 |
| ) | |
| CHRISTOPHER PAUL WHITE, ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT ENTRY

This matter is before the Court on the Motion of Plaintiff/Counterclaim Defendant, The National Bank of Indianapolis ("NBI"), for Summary Judgment on Entirety of Amended Complaint and as to Any Remaining Claims from Counter Complaint filed by

Defendant/Counterclaimant, Christopher Paul White ("White"). The Court, being duly advised in the premises, determines as follows:

This Court, having granted NBI's Motion for Summary Judgment, pursuant to its Minute/Entry Order dated October 27, 2011, and the Findings of Fact, Conclusions of Law and Order on Parties' Cross-Motions for Summary Judgment, entered of even date herewith, and being duly and fully advised in the premises, now finds for NBI on its Amended Complaint and against White on the entirety of his Counter Complaint.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Final Judgment be, and hereby is, entered in favor of Plaintiff, The National Bank of Indianapolis, and against Defendant, Christopher Paul White, in the total sum of $378,486.17. It is further,

ORDERED, ADJUDGED AND DECREED that the Judgment entered herein against Defendant, Christopher Paul White, is excepted from discharge pursuant to 11 U.S.C. § 523(a)(2)(A). It is further,

ORDERED, ADJUDGED AND DECREED that Judgment be, and hereby is, entered in favor of Counterclaim Defendant, The National Bank of Indianapolis, and against Counterclaimant, Christopher Paul White, on the entirety of the Counter Complaint.

###